**54**

Claude WATTREE, Appellant,

v.

DIVISION OF EMPLOYMENT SECU-
RITY, Children's Mercy Hospital,
Defendant, Respondent.

No. WD 59682.

Missouri Court of Appeals,
Western District.

Oct. 9, 2001.

Cynthia A. Quetsch, Attorney, Jefferson
City, MO., for Respondent.

Mary E. Metz, Attorney, Kansas City,
MO., for Appellant.

Before NEWTON, P.J.,
LOWENSTEIN and SMART, JJ.

### ORDER

PER CURIAM.

Appellant contests the order decision of
the Labor and Industrial Relations Com-
mission, which found he was properly dis-
charged from work and was disqualified
for four weeks of Employment Security
benefits, Section 288.050.2, RSMo.2000.
This court finds sufficient competent and
substantial evidence supported the Com-
mission's decision. Affirmed. Rule
84.16(b).